UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARMAINE FLORES, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN BERNARDINO, a municipal entity, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: ED CV 19-569 DMG (SHKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [25]** |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES ("Stipulation of the Parties re Dismissal of Entire Action with Prejudice"), and good cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED as follows:

1. All of Plaintiff's claims against Defendant CITY OF SAN BERNARDINO are dismissed with prejudice in their entirety.

2. To the extent that Plaintiff alleges any other claims against any other parties or DOES in this action, any and all such claims and causes of action are dismissed with prejudice.

3. The Court orders the dismissal with prejudice of the **entire action** – including all claims by Plaintiff against any and all Defendants, DOES, and/or parties in the above-captioned action.

DATED:  October 2, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE